Debra Anderson
2401 Eric Way Apt. 32
Bakersfield, Ca 93306
Email: yvonnedd58@yahoo.com

In Pro Se

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA ANDERSON<br>    Plaintiff,<br><br>v.<br><br>BITMART, LLC<br>    Defendant. | Civ.Case No. 8:22-cv-01035 FWS (JDE)<br><br>PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE: Pursuant to Fed.R.Civ.P. Rule 4(f)<br><br>Date:<br>Time:<br>Dept:    Judge: |

1. On May 25, 2022, the Federal Central District Court had filed Plaintiff's complaint against the Defendant, Bitmart.

2. On June 8, 2022, the Federal Central District Court signatured and forwarded to Plaintiff, an "Alternative Dispute Resolution" (hereinafter, ADR) packet. With the assigned names to the Magistrate and District judge.

3. On June 12-13, 2022, the Defendant's (Bitmart) decided to contact Plaintiff, i.e., via email, to a). Request for a transaction fee inorder to return Plaintiff's "PARA" tokens; b). To acknowledge receipt of the 'attempted deposit" by Plaintiff; before, c). Assuring Plaintiff that Bitmart would respectfully return the withheld tokens to a provided address (See Exh. A).

4. On July 1, 2022, Plaintiff decided to contact the Federal Central District Court Clerk, i.e., via email, to determine if whether or not the District Court Clerk had served the Defendant

a copy of Plaintiff's complaint. By which, Plaintiff was informed "No," and that I had to serve the Defendant.

5. So, after numerous research, Plaintiff's investigation happened to result in various deadends. Like, in brief:

a). After consulting with the U.S. Marshall, Plaintiff discovered that the "532 North Magnolia Ave #2020, Anaheim, Ca 92801" -address was non-mailable.

b). After consulting with Legal Shield and being referred to an Attorney, Plaintiff was further informed that 1). the Rocket Corporate Service Inc, was no longer Bitmart's authorized Agent of Service here in California- since January 1, 2022; and, 2). that a Sacramento listed address for Bitmart was also non-mailable.

c). With further research, Plaintiff discovered that a Parent Company of the Defendant was sued in New Jeresy District Court, in 2020, i.e., JIA LI, DAVID HSIA v. GBM FOUNDATION COMPANY D/B/A BITMART. Civ.No: 20-cv-14377

d). While, looking further into the GBM FOUNDATION COMPANY or GBM GLOBAL HOLDINGS, Plaintiff found various listed addresses from 1). the Cayman Island! Whereby, after personally consulting the Cayman Island's Chamber of Commerce, Plaintiff discovered that there was no listing address or active status for GBM Foundation Company d/b/a Bitmart in Cayman Island. Although, "23 Line Tree Bay Ave, Grand Cayman, 1110 Cayman Island" - shows up on some websites; 2). In Florida! Plaintiff found numerous addresses, although Florida Secretary of State's business website shows that the Defendant's prior registration resulted in a current inactive status; 3). In New York! Plaintiff had found an inoperable address at "1250 Broadway Room 3800, New york, NY 10011"; 4). In california! Plaintiff had

discovered various GBM Global Holdings addresses located in Glendale California. But, after contacting companies phonenumbers, it's turning out that their phonelines aren't in services to inquire of the necessary Agent of Services addresses.

6. Plus, it appears that the Defendant has blocked access to Plaintiff's Bitmart account.

7. So, after finding no apparent addresses to serve Plaintiff's summons and complaint upon the Defendant. Plaintiff is lefted to the only viable communication line that Plaintiff and Bitmart has been exchanging communication from, i.e., via email.

8. While, in-addition, requesting for publication in the International New York Times newspapers.

## MEMORANDUM OF POINTS AND AUTHORITIES

1. **Email Service of Process:**

In Cheetah Mobile, Inc. v. APUS Grp.2016 U.S. Dist.LEXIS 98935 (N.D.Cal. 2016), it was expressed as followed:

> "Service under Rule 4(f)(3) must be (1) directed by the court; and (2) not prohibited by international agreement. To comport with traditional notions of due process, notice must be 'reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections. Service under Rule 4(f)(3) is as favored as service available under Rule 4(f)(1) or Rule 4(f)(2)' and is neither a last resort' or 'extraordinary relief'. **It is within the district court's sounde discretion to determine whether alterative means of service are warranted**" (id. at p. *5)

Now, although Cheetah Mobile, Inc. motion was denied for electronic mail services, under the "Hague Convention." Thus, mainly due to the fact that APUS Grp's residency was located in China, and China having objected to Article 10 of the Hague Convention (2016 U.S.Dist. LEXIS 98935 **5-6). The question that followed from reading the case, is what if a country was a signatory to the Hague Convention?

Would service via email be prohibited via international agreement?

In <u>Williams-Sonoma Inc., v. Friendfinder, Inc</u>, 2007 U.S.Dist. LEXIS 31299, Plaintiff had discovered that England was a signatory to the Hague Convention and not prohibited by international agreement from service via email:

> "According to the information WSI has gathered, the named defendants are located in the Ukraine, the Czech Republic, Israel, Switzerland, the Philippines, Norway, Canada, India, and England. With the exception of India and the Philippines, these countries are signatories to the hague Convention. The Court concludes that WSI demonstrated that Service via email is not prohibited by an international agreement." (2007 U.S.Dist.LEXIS 31299 ** 5-6).

So, like in <u>Rio Props v. RIO Int'l Interlink</u> 284 F.3d 1007 (9th. Cir.2002), after "efforts proved fruitless... the investigator learned only that RII preferred communication through its email address" (id. at p. 1013). Which, in Plaintiff's circumstances, the only line of communication that Plaintiff has been corresponding with Bitmart, is via email.

## 2. Service Via the International New York Times:

In <u>SEC v. Mohammed Pithapurwala</u> 2022 U.S.Dist.LEXIS 124873 (Cent. Dist. 2022), it was just recently determined by the Central District Court in the above case, that:

> "As such, service at this confirmed email address is reasonably calculated to give Ammar notice and an opportunity to present objections... Service through publication in the International New York Times, while 'generally not ideal,' is also appropriate under the circumstances... In light of the continuing COVID-19 pandemic, service by email and publication, rather than another method, is appropriate" (id. at p. ** 9-10).

So, although Plaintiff is requesting for permission to serve the Defendant's via email, Plaintiff is simultaneously requesting that the Defendant's be served via publication within the International

New York Times Newspaper.

## CONCLUSION

Plaintiff has attempted to locate the Defendant's for service with no success. So, by the Defendant's residency in England, and being a signatory to the Hague Convention, the Defendant's are permitted to be served via email and through Internation publication. So, Plaintiff respectfully requests from the Central District Court permission to serve the Defendant's via these channels.

I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct to the best of my knowledge. Exeecuted in Bakersfield, Ca 93306.

Date: August 13, 2022

Debra Anderson

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

DEBRA ANDERSON

V.                                             Case No: <u>8:22-cv-01035 FWS (JDE)</u>

BITMART, LLC                                   PROOF OF SERVICE

_____/

I hereby certify that on <u>August 15, 2022</u>, I served a copy of the attached <u>MOTION FOR ALTERNATIVE SERVICE</u>, by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail, in Bakersfield, Ca 93306.

(List Name and Address of Each
 Defendant or Attorney Served).

United States District Court
Central District of Calfironia
Office of the Clerk
255 East Temple Street, Room
Los Angeles, Ca 90012

I declare under the laws of the United states under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Executed at Bakersfield Ca 93306

Date: <u>August 15, 2022</u>

*Debra Anderson* (signature)
Debra Anderson

**Fw: [BitMart] Re: 回复：PLEASE SHOW ME WHERE TO WRITE THE MEMO.**

Yvonne Dean <yvonnedd58@yahoo.com>
Mon 8/15/2022 12:05 PM
To: ods06235cpc <ods06235cpc@officedepot.com>

[CAUTION: EXTERNAL SENDER]

----- Forwarded Message -----
**From:** Yvonne Dean <yvonnedd58@yahoo.com>
**To:** BitMart <support+id563732@bitmart.zendesk.com>
**Sent:** Tuesday, June 14, 2022 at 02:02:24 PM PDT
**Subject:** Re: [BitMart] Re: 回复：PLEASE SHOW ME WHERE TO WRITE THE MEMO.

Sent from Yahoo Mail on Android

On Tue, Jun 14, 2022 at 10:41 AM, Yvonne Dean
<yvonnedd58@yahoo.com> wrote:

Greetings, below is the information to where my PARA Tokens can be deposited on my XT.com Account.

*E-MAILS*
*Between Bitmart and Debra Anderson* (handwritten)

Thank you
Debra Anderson

Sent from Yahoo Mail on Android

On Mon, Jun 13, 2022 at 11:56 AM, Yvonne Dean
<yvonnedd58@yahoo.com> wrote:

> There is no place written or announced prior to Mach 28, 2022 that Bitmart does not support PARA. There has been one "EXCUSE" after another. Now here we are going into the 3rd month that Bitmart has UNLAWFULLY detained my funds/tokens and now my Tokens are held for a ransom. At this time, it's obvious that Bitmart has my Para Tokens and is trying to swindle me out of money by demanding I pay for the return of my property. In the almost 3cmonths Bitmart made one excuse after another.
> I will send the Depositing address for my coinbase account. And the hash you requested. However, I honestly feel after such a lost on my end I owe no funding to Bitmart. The price of my tokens has be stagnated due to how Bitmart has handle this situation since April 1, 2022
>
> Debra Anderson
>
> Sent from Yahoo Mail on Android

On Mon, Jun 13, 2022 at 11:18 AM, Yvonne Dean
<yvonnedd58@yahoo.com> wrote:

> My question is, if Bitmart does not support PARA Tokens, why is there a search engine on the Bitmart web page that includes PARA? Even when Deposits are searched PARA pops up.
> Please either clear my funds or make my tokens available for me to transfer.
>
> Debra Anderson
>
> <u>Sent from Yahoo Mail on Android</u>
>
> On Mon, Jun 13, 2022 at 9:52 AM, Yvonne Dean
> <yvonnedd58@yahoo.com> wrote:
>
>> Then Bitmart should NOT have accepted the Deposit and most of all should NOT have held them for this long. Please return my tokens. Or make them avaliable for me to transfer them into my Coinbase Account.
>> Thank you
>> Debra Anderson
>>
>> <u>Sent from Yahoo Mail on Android</u>
>>
>> On Mon, Jun 13, 2022 at 6:36 AM, BitMart
>> <zhengyuan.yu@bitmart.com> wrote:
>>
>>> ##- Please type your reply above this line -##
>>>
>>> Your request (#563732) has been updated. To add additional comments, reply to this email or click the link below:
>>> https://support.bitmart.com/hc/requests/563732
>>>
>>> **zhengyuan.yu@bitmart.com (BitMart)**
>>>
>>> Jun 13, 2022, 09:36 EDT
>>>
>>> Dear user,
>>>
>>> We have noted that you sent PARA tokens to BitMart two times. The details are as follows:
>>>
>>> First Transaction
>>> Date: Mar-29-2022 01:43:19 AM +UTC
>>> Token: 622,762,934,353.016791446 PARA
>>> Contract: 0x32879B5C0fDbc2A81597F019717b412B9d755A09
>>> Destination wallet address: 0x4773bdd0dbac58d29835c7822d91348b8ea73a1c
>>>
>>> Second Transaction
>>> Date: Mar-30-2022 03:08:41 PM +UTC
>>> Token: 668,621,047,753 PARAINU
>>> Contract: 0xf2ee18d33bF5f9cd1ccb917c1CcECD8908231247
>>> Destination wallet address: 0x4773bdd0dbac58d29835c7822d91348b8ea73a1c
>>>
>>> BitMart PARA Contract:
>>> 0xFb13dFC9f8f3EeDdD7C9b581D0D7Cf367513FF7C
>>>
>>> As we do not have your previous chat log attached to this account, we do not know who advised you that you require a memo. Regardless, transactions on the ERC20 network will not require a memo. At present, with the above information, we note

that both of the deposits into BitMart were made with tokens that are not supported by BitMart as seen from the difference in contract address.

BitMart Logo

Best Regards
BitMart Support

Twitter  Facebook  Telegram  Youtube  Instagram  Reddit  Discord

**yvonnedd58@yahoo.com**
Jun 13, 2022, 02:49 EDT

I sent PARA Tokens Which are NOT the Old Para coins, on March 28th
On March 30 I sent the PARAINU tokens which are old. There were 2 separate transactions. I sent information on both. When I first tried to get all of this taken care of Bitmart constantly insisted on a "Memo". Now you say I never needed one, but yet you delayed my transaction based on a Memo. Then you emailed me stating I sent the wrong tokens NOT PARA, Now you say The Para are ALL Old Para, which is NOT correct yet again.
I will NOT be paying you to give me back what belongs to ME and what Bitmart has been UNLAWFULLY withholding from me. Return my PARA Tokens or funds Deposited on March 28th 2022 worth MILLIONS and PARAINU Tokens Deposited on March 30th 2022.
This is June, I have been contacting Bitmart since March concerning what belongs to me. Make my Deposit available for me to transfer, or put them back. If this is not what you are willing to do then the courts will decide.
Debra Anderson

Sent from Yahoo Mail on Android

**zhengyuan.yu@bitmart.com** (BitMart)
Jun 12, 2022, 19:01 EDT

Dear user,

We have reviewed your tickets and would first like to let you know that PARA tokens are transferred on the ERC20 Network. Hence, there is no need for a Memo for the transaction to be complete.

Next, as you have deposited the old PARA tokens, which is currently not supported by BitMart, we will require you to pay a 0.005 BTC recovery fee to recover your old PARA tokens.

We have provided the contract address for the PARA tokens you have sent for your reference as follows:

Contract address for PARA tokens you've sent:
https://etherscan.io/address/0x32879b5c0fdbc2a81597f019717b412b9d755a09

Contract address for PARA tokens on BitMart:
https://etherscan.io/token/0xFb13dFC9f8f3EeDdD7C9b581D0D7Cf367513FF7C

BitMart Logo

Best Regards
BitMart Support

Twitter  Facebook  Telegram  Youtube  Instagram  Reddit  Discord

**yvonnedd58@yahoo.com**
Jun 12, 2022, 00:09 EDT

The text Transmission Hash CLEARLY sates PARA TOKENS!
I have everything to prove to the courts you have been holding my funds and PARA tokens, I screenshot it from my Bitmart Account.. My "PARA" tokens are sitting in Bitmart as a successful deposit.
Unless you are willing to resolve this matter by either returning all my tokens or give me the funds you owe, please do not contact me again until the court date.
I have the correct Transmission Hash stating PARA TOKENS were indeed DEPOSITED in my Bitmart Account.
you have a good day.

Debra Anderson

**yvonnedd58@yahoo.com**
Jun 11, 2022, 22:30 EDT

I have sent you EVERYTHING. Coinbase CONFIRMED the deposit of PARA tokens to My Bitmart Account. I can SEE the transaction sitting in my Bitmart account.
However, I have already proceeded with legal actions. I have given you all the information you have requested several times. I have screenshot and pictures of each transaction and Bitmart's address having received my tokens.

Debra Anderson

Sent from Yahoo Mail on Android

**Bitmart Support (BitMart)**
Jun 11, 2022, 19:52 EDT

Dear User,

Good day, based on your information that provided,
it was not a same token, as you can see in blockchain information the contract address was different as the token that you sent,
https://etherscan.io/token/0xFb13dFC9f8f3EeDdD7C9b581D0D7Cf367513FF7C

the current contract for PARA was
0xfb13dfc9f8f3eeddd7c9b581d0d7cf367513ff7c

as you knew in such cases when deposited wrong token, we generally cannot retrieve your assets.
we appreciate your support to us, I will however create a escalation on your case, our technical team will take a deep look into your case to evaluate the possibility of recovering your funds.
Please understand that nothing is confirmed at this very moment.

As this process is extremely complicated and may result in significant cost, time and risk.
Therefore, we will charge 0.005 BTC as operation fee.
Please confirm if you still wish to continue.

If you want to continue the recovery process,
please submit processing fee to following address:
3PFUf1gVSpsgJ3z4xGHADRoUKQrb6Niggr

Requested information:
1. BitMart registered account (ID/email/phone number)
:
2. Full TXID of wrong deposit
:
3. Full TXID of 0.005 BTC transaction fee
:
4. A return address for your token
:
5. A return address for your BTC fee if recovery fail
:

Due to the complexity of the case, please be patient as it may cost over two weeks to retrieve wrong coins
If the token can not be recovered after all, we will refund the transaction fee.

Thank you for your understanding and cooperation.

*Note: Never share your account/personal information/authentication code on the social media channel. *

BitMart Logo

Best Regards
BitMart Support

Twitter  Facebook  Telegram  Youtube  Instagram  Reddit  Discord

yvonnedd58@yahoo.com



Debra Anderson
340 Eric Way Apt. B2
Bakersfield, CA. 93306

United States District Court
Central District of California
Office of the Clerk
255 East Temple Street,
Los Angeles, CA. 90012

FWS

United States District Court
Central District of California
Office of the Clerk
255 East Temple Street,
Los Angeles, CA. 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 18 2022
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 19 2022
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION   BY DEPUTY

U.S. POSTAGE PAID
FCM LG ENV
BAKERSFIELD, CA
93306
AUG 15, 22
AMOUNT
$8.93
R2304M116095-28

CERTIFIED MAIL
7020 1290 0000 6075 6085

nderson
way Apt. 3a
eld, CA. 93306

FWS

~~JDE~~

United States District Court
Central District of California
Office of the Clerk
255 East Temple Street,
Los Angeles, CA. 90012

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 18 2022
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 19 2022
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION   BY DEPUTY

Santa Clarita P&DC 01-91383
TUE 16 AUG 2022 PM